IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02555-RPM

STACEY LOOS,

    Plaintiff,

vs.

BRINKS HOME SECURITY, INC., a division of THE BRINKS COMPANY, a Foreign Corporation doing business in Colorado,

    Defendant.

_____

ORDER DENYING MOTION FOR PROTECTIVE ORDER
_____

    Upon consideration of the Motion for Entry of Stipulated Protective Order (Doc. #16), it is

    ORDERED that the motion is denied for failure to refer to D.C.COLO.LCivR 7.2 and 7.3.

    DATED: February 21st, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge