**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    July 18, 2007
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 06-cv-02555-RPM

STACY LOOS,                                          Christopher Taravella
                                                     Marc E. Guerette

        Plaintiff,

v.

BRINKS HOME SECURITY, INC., a division of           Michael Carrigan
THE BRINKS COMPANY,                                 Musu Brooks
a Foreign corporation doing business in Colorado,

        Defendant.

_____


**COURTROOM MINUTES**
_____


**Hearing on Motion to Compel**

**3:00 p.m.        Court in session.**

Court's preliminary remarks.

Counsel state they have reached an agreement on the physical evidence issue.

Discussion regarding expert report, Scheduling Order disclosures deadline and case status.
Counsel state the expert report has not been disclosed.

3:09 p.m.        Argument by Mr. Taravella.
3:14 p.m.        Argument by Mr. Carrigan.
3:19 p.m.        Further argument by Mr. Taravella
3:26 p.m.        Further argument by Mr. Carrigan.

**ORDERED:      Counsel shall set a date for disclosure of Dr. Henderson's expert report
               pursuant to Rule 26(a)(3).
               Plaintiff shall provide  medical releases.
               Counsel shall confer regarding scheduling order dates and submit an
               agreed modified scheduling order discovery dates by August 7, 2007.
               Brink's Motion to Compel, filed May 30, 2007 [28], is resolved in part and
               granted in part pursuant to Court's ruling.**


**3:30 p.m.        Court in recess.**          Hearing concluded.  Total time: 30 min.