IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02555-RPM

STACEY LOOS,

    Plaintiff,

vs.

BRINKS HOME SECURITY, INC., a division of THE BRINKS COMPANY, a Foreign Corporation doing business in Colorado,

    Defendant.

_____

### ORDER AMENDING SCHEDULING ORDER
_____

Pursuant to the Stipulated Motion to Modify Scheduling Order [38] filed on August 7, 2007, it is

ORDERED that the Scheduling Order is amended as follows:

    A.    Discovery Cut-Off: November 2, 2007.

    B.    Dispositive Motion Deadline: November 19, 2007.

DATED: August 8th, 2007

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge