IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02555-RPM

STACEY LOOS,

    Plaintiff,

vs.

BRINKS HOME SECURITY, INC., a division of THE BRINKS COMPANY, a Foreign Corporation doing business in Colorado,

    Defendant.

_____

### ORDER ON MOTIONS
_____

Upon consideration of the Plaintiff's Motion to Amend the Scheduling Order and Reset Deadline to Amend Pleadings, filed on August 31, 2007, (Doc. 43); the Plaintiff's Motion for Leave to Amend the Complaint and to Add Claims of Breach of Warranty and a Claim for Exemplary Damages, filed August 31, 2007, (Doc. 44) and the defendant's motion to strike jury demand, filed October 31, 2007, (Doc. 52), it is

    ORDERED that the motions are denied.

    DATED: November 6th, 2007

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge