IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02555-RPM

STACEY LOOS,

    Plaintiff,

vs.

BRINKS HOME SECURITY, INC., a division of THE BRINKS COMPANY, a Foreign Corporation doing business in Colorado,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 6 2007

REGORY C. LANGHAM
CLERK

## ORDER AMENDING SCHEDULING ORDER

Pursuant to the Stipulated Motion to Modify Scheduling Order filed on November 5, 2007, it is

ORDERED that the Scheduling Order is amended as follows:

Discovery Cut-Off has been extended through November 8, 2007 to allow for the taking of two depositions: (1) Dr. Darcy Scheeler by Defendant Brink's Home Security, Inc., and (2) Dr. Antoinette Anker, by Plaintiff Stacey Loos.

Dated this 6th day of November, 2007.

BY THE COURT:

Richard P. Matsch, Senior District Judge