IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 21, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-02555-RPM

| | |
|---|---|
| STACY LOOS, | Christopher Taravella |
| | Max S. Stich |
| Plaintiff, | |
| v. | |
| BRINK'S HOME SECURITY, INC., a division of | Michael Carrigan |
| THE BRINKS COMPANY, | Musu Brooks |
| a Foreign corporation doing business in Colorado, | |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**3:25 p.m.     Court in session.**

Court's preliminary remarks and limiting the scope of expert opinion of Robert N. Layne.

3:28 p.m.     Argument by Mr. Taravella.

**ORDERED:     Brink's Motion to Strike Second Report Issued by Plaintiff's Expert and Request for Sanctions, filed October 19, 2007 [50], is moot.**

**ORDERED:     Plaintiff's Motion to Strike Designations of NonParty at Fault, filed October 26, 2007 [51], is denied.**

3:41 p.m.     Argument by Mr. Carrigan.

**ORDERED:     Defendant shall pay for Mr. Layne's deposition fee.**

Further argument by Mr. Carrigan.

3:51 p.m.     Further argument by Mr. Taravella.

**ORDERED:     Plaintiff's Motion for Sanctions Based on Defendant's Discovery Violations and Spoliation of Evidence, filed November 1, 2007 [65], is denied.**

December 21, 2007
06-cv-02555-RPM

**ORDERED:** **Plaintiff's Forthwith Motion to Amend the Scheduling Order to Extend the Discovery Cut Off Date, filed October 31, 2007 [53], is denied.**

3:56 p.m.   Further argument by Mr. Carrigan.

3:57 p.m.   Further argument by Mr. Taravella.

**ORDERED:** **Defendant Brink's Home Security, Inc.'s Motion for a Ruling that Plaintiff Waived any Privilege When She Delivered Certain Documents to Her Expert , Steven P. Layne , for His Consideration, filed November 1, 2007 [55], is ruled on as follows: privilege not applicable to identification of potential witnesses.**

**ORDERED:** **Plaintiff's Motion to Compel, filed November 1, 2007 [56], is denied. Plaintiff permitted to give a written question to Sherry Hasty as instructed by Court.**

Discussion regarding scheduling.

**ORDERED:** **Pretrial conference scheduled for February 1, 2008 at 3:00 p.m.**

**4:07 p.m.**   **Court in recess.**

Hearing concluded.  Total time: 42 min.