IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02555-RPM

STACEY LOOS,

    Plaintiff,

v.

BRINKS HOME SECURITY, INC., a division of THE BRINKS COMPANY, a Foreign Corporation doing business in Colorado,

    Defendant.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    Plaintiff's Unopposed Motion to Vacate FRE 412 Hearing [112] set for March 31, 2008, is granted. The hearing is rescheduled for **May 9, 2008, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


Dated: March 26, 2008