
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02555-RPM

STACEY LOOS,

    Plaintiff,

vs.

BRINKS HOME SECURITY, INC., a division of THE BRINKS COMPANY, a Foreign Corporation doing business in Colorado,

    Defendant.

## ORDER VACATING HEARING

THIS MATTER having come before the Court on the parties' Stipulated Motion to Vacate Hearing, the Court having reviewed the motion and being fully informed in the premises, finds that good cause exists to grant the parties' request.

IT IS THEREFORE ORDERED that the hearing scheduled for May 9, 2008 at 10:00 a.m. is hereby vacated and removed from the Court's calendar.

Dated this 7 day of May 2008.

BY THE COURT:

Richard P. Matsch, Senior District Judge