IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02555-RPM

STACEY LOOS,

Plaintiff,

v.

BRINK'S HOME SECURITY, INC., a division of
THE BRINKS COMPANY, a Foreign Corporation doing business in Colorado,

Defendant.

## ORDER DISMISSING WITH PREJUDICE

Pursuant to the Parties' Stipulated Motion to Dismiss with Prejudice, filed pursuant to Fed. R. Civ. P. 41(a), this case is hereby dismissed with prejudice, each party to pay her or its own attorneys' fees and costs. The Court hereby vacates the jury trial presently sent for July 7, 2008 and all associated deadlines.

**SO ORDERED.**

Date: May 27, 2008

By the Court:  s/ Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge